**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

**MOTION INFORMATION STATEMENT**

**Docket Number(s)**: 12-4671(L), 14-443(L), 14-349(L)  **Caption [use short title]**

**Motion for:** Emergency Motion for Case Management Relief

In re Payment Card Interchange Fee and Merchant Discount Antitrust Litig.

Set forth below precise, complete statement of relief sought:

(1) Extending the date to file all Appellants' briefs to June 16, 2014.

(2) Permitting merchant Appellants to file one oversize brief of 21,000 words.

(3) Permitting the parties to proceed by way of a deferred appendix.

(4) Consolidating appeals numbers 14-443(L), 14-404(C); and 14-349(L), 14-663(C), with appeal number 12-4671(L).

**MOVING PARTY:** All Appellants  **OPPOSING PARTY:** Appellees
☐ Plaintiff  ☐ Defendant
☑ Appellant/Petitioner  ☐ Appellee/Respondent

**MOVING ATTORNEY:** Jeffrey I. Shinder  **OPPOSING ATTORNEY:** Robert C. Mason
[name of attorney, with firm, address, phone number and e-mail]

Constantine Cannon LLP                           Arnold & Porter LLP
335 Madison Ave., New York, NY 10017             399 Park Ave., New York, NY 10022-4690
212-350-2700, jshinder@constantinecannon.com     212-715-1088, robert.mason@aporter.com

**Court-Judge/Agency appealed from:** E.D.N.Y., Judge Gleeson

**Please check appropriate boxes:**                         **FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain):

Has request for relief been made below? ☐ Yes ☑ No
Has this relief been previously sought in this Court? ☐ Yes ☑ No
Requested return date and explanation of emergency: May 23, 2014

Opposing counsel's position on motion:
☑ Unopposed ☐ Opposed ☐ Don't Know

Parties need sufficient time to consolidate and to coordinate the filing of opening briefs pursuant to the proposed schedule, which should greatly streamline the briefing of this appeal

Does opposing counsel intend to file a response:
☐ Yes ☑ No ☐ Don't Know

Is oral argument on motion requested? ☐ Yes ☑ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☑ No  If yes, enter date:

**Signature of Moving Attorney:**
/s/ Jeffrey I. Shinder  **Date:** May 19, 2014  **Service by:** ☑ CM/ECF ☐ Other [Attach proof of service]

**Form T-1080** (rev. 12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | Nos. 12-4671(L), 12-4708, 12-4765, 13-4719, 13-4750, 13-4751, 13-4752, 14-032, 14-117, 14-119, 14-133, 14-157, 14-159, 14-192, 14-197, 14-219, 14-225, 14-241, 14-250, 14-266, 14-303, 14-331, 14-379, 14-422, 14-480, 14-497, 14-530, 14-567, 14-584, 14-606, 14-837<br><br>Nos. 14-443(L), 14-663; and Nos. 14-349(L), 14-404 |

**UNOPPOSED EMERGENCY MOTION
FOR CASE MANAGEMENT RELIEF**

Appellants in the above captioned matters respectfully move this Court for an Order providing the following case management relief: (1) extending the date to file all Appellants' briefs from May 29, 2014, to June 16, 2014; (2) permitting merchant Appellants to file one oversize brief of no more than 21,000 words, which Appellants expect will be joined by most merchant Appellants;[1] (3)

---

[1] At least 10 Appellants and Appellant groups are expected to join, including (a) Coborn's Incorporated, (Nos. 12-4708, 13-4719); (b) The Home Depot U.S.A., Inc. (Nos. 12-4671(L), 13-4750, and 14-584); (c) Target Corporation (Nos. 12-4765, 13-4751, and 14-530); (d) R&M Objectors (No. 14-119); (e) Blue Cross and Blue Shield Objectors and WellPoint Objectors (Nos. 14-157 and 14-567); (f) Fiesta Restaurant Group, Inc. (No. 14-225); (g) Furniture Row BC, Inc. (No. 14-

1

permitting the parties to proceed by way of a deferred appendix; and (4) consolidating appeals numbers 14-443(L), 14-404(C); and 14-349(L), 14-663(C), with appeal number 12-4671(L).  All Appellants in the above captioned matters join in this request, and all Appellees do not oppose.

## NATURE OF THE EMERGENCY

This request for relief is filed as an emergency motion under LRAP 27.1(d) because the relief sought will have an immediate impact on the case management of this appeal and greatly streamline the briefing of this appeal to the benefit of the parties and the Court.  Appellants believe that action is needed on this motion by May 23, 2014, to provide the parties sufficient time to consolidate and to coordinate the filing of opening briefs pursuant to the schedule proposed herein.  Approval of this motion would enable Appellants to seek to increase the number of Appellants that would forego their rights to file individual briefs, and to instead sign one of two joint briefs.

## BACKGROUND

As set forth in a joint letter dated March 19, 2014, ECF No. 785, the parties to these appeals have been working together to coordinate the case management and briefing of these appeals with the goal of reducing the burden on the Court.

---

303); (h) Einstein Noah Restaurant Group, Inc. (No. 14-331); (i) Sunoco, Inc. (R&M) (No. 14-422); and (j) Wal-Mart Stores, Inc. (No. 14-606).

On April 8, 2014, this Court entered an order setting May 29, 2014, as the date by which Appellants' briefs must be filed.  ECF No. 927.

Over the last several months, Appellants have been working together diligently with the goal of reducing the number of briefs that will be filed so as to reduce both duplication of arguments and the overall number of pages. Appellants' goal is to file a single oversize brief on the class certification, constitutional, and release issues central to this appeal that will be joined by virtually all of the merchant Appellants appealing on those grounds.  A different group of Appellants will also file a joint brief (of no more than 14,000 words) on issues raised by the District Court's final approval of the settlement.  The result of this coordination would be that multiple Appellants would sign onto one of two joint briefs.

Appellants have made much progress to date.  However, a short extension of time is now needed, along with permission to file one oversize brief of no more than 21,000 words to enable the effective coordination of this number of Appellants and the consolidation of multiple briefs into two briefs.  The additional time and space would allow at least 10 separate Appellants and Appellant groups to substantially (if not entirely) forego filing their own individual briefs, and as a

292829.3

result will substantially reduce duplication and streamline the presentation of the issues for the Court and the parties.[2]

### A. The Appeals from Approval of the Class Settlement and Award of Attorneys Fees and Expenses

To put the requested relief in context, some background is required concerning the coordination among appellants that has been achieved to date.

On December 13, 2013, the District Court approved a class settlement among merchants, Visa, MasterCard and defendant banks. The class action, filed in 2005, claimed that merchants paid excessive fees for accepting Visa and MasterCard transactions because of an alleged conspiracy among the defendants. On January 14, 2014, the District Court entered final judgments granting final approval of a class settlement, attorney fees, and expenses.

The District Court approved the settlement over the objection of thousands of merchants. Including interlocutory appeals from preliminary approval in November 2012, a total of 35 appeals were filed on behalf of 27 separate appellants or groups of appellants. These appeals are listed on a schedule prepared by Appellants. Attachment 1.

The goal of Appellants is to submit one oversize brief on the class certification, constitutional, and release issues on behalf of at least 10 Appellants

---

[2] The 10 appellants are listed above in note 1.

4

292829.3

or Appellant groups. These Appellants are merchants with billions of dollars in annual sales and who pay millions of dollars in fees each month related to their acceptance of Visa and MasterCard credit and debit cards. Eight of these Appellants or groups have been working diligently with the goal of joining a single brief. The remaining two also intend to join the brief for most issues, and intend to make only a limited submission on discrete issues.

The other joint brief, which would not be oversize, would be submitted on behalf of two of the Appellants that are trade associations, National Retail Federation (No. 14-032) and Retail Industry Leaders Association (No. 14-497).

## RELIEF REQUESTED

Given the number of interests that need to be accommodated, Appellants need additional time and space to accomplish these goals. Accordingly, Appellants request permission to file one oversize joint brief of up to 21,000 words. This is intended to obviate the need for separate briefs from at least eight separate Appellants and Appellant groups. The additional time requested will also assist Appellants in attempting to increase the number of Appellants that will join the joint briefs in whole or part. While individual briefs will be filed by certain Appellants, the relief requested would allow Appellants to reduce the number of such briefs and redundancies among them.

292829.3

Appellants respectfully request that the Court enter an Order:

(1) extending the date to file all Appellants' briefs from May 29, 2014, to June 16, 2014;

(2) permitting merchant Appellants to file one oversize brief of up to 21,000 words which will be joined in whole or part by multiple appellants, including (a) Coborn's Incorporated, (Nos. 12-4708, 13-4719); (b) The Home Depot U.S.A., Inc. (Nos. 12-4671(L), 13-4750, and 14-584); (c) Target Corporation (Nos. 12-4765, 13-4751, and 14-530); (d) R&M Objectors (No. 14-119); (e) Blue Cross and Blue Shield Objectors and WellPoint Objectors (Nos. 14-157 and 14-567); (f) Fiesta Restaurant Group, Inc. (No. 14-225); (g) Furniture Row BC, Inc. (No. 14-303); (h) Einstein Noah Restaurant Group, Inc. (No. 14-331); (i) Sunoco, Inc. (R&M) (No. 14-422); and (j) Wal-Mart Stores, Inc. (No. 14-606);

(3) permitting the preparation of the appendix to be deferred pursuant to LRAP 30.1(c) and Federal Rule of Appellate Procedure 30(c). The appendix shall be filed within 7 days of the filing of Appellants' Reply briefs. The parties shall serve and file final form briefs within 14 days of the filing of the appendix.

(4) consolidating related appeals numbered 14-443(L), 14-404(c); and 14-349(L), 14-663(C), with appeal number 12-4671(L), so that these appeals may

share the same deadlines and utilize the same appendix, for the convenience of the Court and the parties.

DATED:   New York, New York
         May 19, 2014

                          CONSTANTINE CANNON LLP

                          By:    /s/ Jeffrey I. Shinder
                              Jeffrey I. Shinder
                              Gary J. Malone
                              A. Owen Glist
                              335 Madison Avenue, 9th Floor
                              New York, New York 10017
                              Telephone: (212) 350-2700
                              Facsimile: (212) 350-2701

                              *Counsel for Appellants*

292829.3

SECOND CIRCUIT APPELLANTS

| Appellant(s) | Appeal No(s). | NOA File Date | Counsel |
|---|---|---|---|
| Coborn's Incorporated; D'Agostino Supermarkets, Inc.; Jetro Holdings, LLC; Affiliated Foods Midwest Cooperative, Inc.; National Association of Convenience Stores (NACS); National Community Pharmacists Association (NCPA); National Cooperative Grocers Association (NCGA); National Grocers Association (NGA); National Restaurant Association (NRA); NATSO Inc.; 7-Eleven, Inc.; Academy, Ltd. d/b/a Academy Sports Outdoors; Aldo US Inc. d/b/a Aldo and Call It Spring; Alon USA, LP (Alon Brands); Amazon.com, Inc.; American Eagle Outfitters, Inc.; Barnes & Noble, Inc.; Barnes & Noble College Booksellers, LLC; Best Buy Stores, L.P.; BJ's Wholesale Club, Inc.; The William Carter Company (Carter's); Costco Wholesale Corporation; Crate & Barrel Holdings, Inc.; Darden Restaurants, Inc.; David's Bridal, Inc., DBD Inc. and David's Bridal Canada Inc.; Dick's Sporting Goods, Inc.; Dillard's, Inc.; Family Dollar Stores, Inc.; Drury Hotels Company, LLC; Foot Locker, Inc.; Gap Inc.; GNC Holdings, Inc. (General Nutrition Corporation); Genesco Inc.; The Gymboree Corporation; HMSHost Corporation; IKEA North America Services, LLC; J. Crew Group, Inc.; Kwik Trip, Inc.; Lowe's Companies, Inc.; Marathon Petroleum LP; Martin's Super Markets, Inc.; Michaels Stores, Inc.; National Railroad Passenger Corporation d/b/a Amtrak; Nike, | 12-4708 13-4719 | 11/27/2012 12/13/2013 2/13/2014 | CONSTANTINE CANNON LLP **Jeffrey I. Shinder** 335 Madison Avenue, 9th Floor New York, NY 10017 (212) 350-2700/(212) 350-2701 jshinder@constantinecannon.com |
| Home Depot U.S.A., Inc. | 12-4671(L) 13-4750 14-584 | 11/27/2012 12/13/2013 2/13/2014 | QUINN EMANUEL URQUHART & SULLIVAN, LLP **Stephen R. Neuwirth** Deborah K. Brown Steig D. Olson 51 Madison Avenue, 22nd Floor New York, NY 10010-1601 (212) 849-7000 stephenneuwirth@quinnemanuel.com deborahbrown@quinnemanuel.com steigolson@quinnemanuel.com |

## SECOND CIRCUIT APPELLANTS

| Appellant(s) | Appeal No(s). | NOA File Date | Counsel |
|---|---|---|---|
| Target Corporation, Macy's, Inc., Kohl's Corporation, The TJX Companies, Inc., Staples, Inc., J.C. Penney Corporation, Inc., Office Depot, Inc., L Brands, Inc., Big Lots Stores, Inc., PNS Stores, Inc., C.S. Ross Company, Closeout Distribution, Inc., Ascena Retail Group, Inc., Abercrombie & Fitch Co., OfficeMax Incorporated, Saks Incorporated, The Bon-Ton Stores, Inc., Chico's FAS, Inc., Luxottica U.S. Holdings Corp., and American Signature, Inc. | 12-4765<br>13-4751<br>14-530 | 12/3/2012<br>12/13/2013<br>1/21/2014 | CLARICK GUERON REISBAUM LLP<br>**Gregory A. Clarick**<br>Nicole Gueron<br>40 West 25th Street<br>New York, NY 10010<br>(212) 633-4310<br>gclarick@cgr-law.com<br>ngueron@cgr-law.com |
| DFS Services, LLC, Discover Home Loans, Inc., and Discover Bank | 13-4752 | 12/19/2013 | KIRKLAND & ELLIS LLP<br>**Jennifer M. Selendy**<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446-4800<br>jennifer.selendy@kirkland.com |
| National Retail Federation | 14-032 | 1/2/2014 | EMERY CELLI BRINCKERHOFF & ABADY LLP<br>**Andrew G. Celli, Jr.**<br>Debra L. Greenberger<br>75 Rockefeller Plaza, 20th Floor<br>New York, NY 10019<br>(212) 763-5000<br>acelli@ecbalaw.com |
| American Express Co., American Express Travel Related Services Company, Inc., Serve Virtual Enterprises, Inc., ANCA 7 LLC d/b/a Vente Privee, USA, AMEX Assurance Company, and Accertify, Inc. | 14-117 | 1/8/2014<br>2/12/2014 | Boies, Schiller & Flexner LLP<br>**Philip C. Korologos**<br>575 Lexington Avenue<br>New York, NY 10022<br>(212) 446-2300/(212) 446-2350<br>pkorologos@bsfllp.com |

SECOND CIRCUIT APPELLANTS

| | A | B | C | D |
|---|---|---|---|---|
| 1 | **Appellant(s)** | **Appeal No(s).** | **NOA File Date** | **Counsel** |
| 8 | States of California and Arizona | 14-379 | 1/10/2014 | KAMALA D. HARRIS<br>**Tamar Pachter**<br>Paul A. Moore III<br>Department of Justice<br>Office of the Attorney General<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102<br>(415) 703-2372/(415) 703-5480<br>tamar.pachter@doj.ca.gov<br>Paul.Moore@doj.ca.gov<br>(Attorneys for the State of California)<br><br>Nancy M. Bonnell<br>Office of the Arizona Attorney General<br>1275 West Washington<br>Phoenix, AZ 85007<br>Tel. 602-542-7728/Fax 602-542-9088<br>nancy.bonnell@azag.gov |

SECOND CIRCUIT APPELLANTS

|   | A | B | C | D |
|---|---|---|---|---|
| 1 | **Appellant(s)** | **Appeal No(s).** | **NOA File Date** | **Counsel** |
| 9 | R&M Objectors<br><br>The R&M Objectors are: Landers McLarty Bentonville, LLC d/b/a Landers McLarty Ford Dodge Chyrsler Jeep – Bentonville, Arkansas; Landers McLarty Bentonville Nissan, LLC d/b/a Landers McLarty Nissan, LLC – Bentonville, Arkansas; Bessemer AL Automotive, LLC d/b/a Landers McLarty Dodge Chrysler Jeep – Bessemer, Alabama; Shreveport Dodge, LLC d/b/a Landers Dodge – Bossier City Louisana; RML Branson MO, LLC d/b/a Tri Lakes Motors – Branson, Missouri; RML Burleson TX, LLC d/b/a Burleson Nissan – Burleson, Texas; RML Bel Air, LLC d/b/a Bel Air Honda – Falston, Maryland; Landers McLarty Fayetteville TN, LLC d/b/a Landers McLarty Toyota – Fayetteville, Tennessee; RML Ft. Worth TX, LLC d/b/a Nissan Ft. Worth – Fort Worth, Texas; RML Huntsville Chevrolet, LLC d/b/a Landers McLarty Chevrolet – Huntsville, Alabama; RML Huntsville AL, LLC d/b/a Landers McLarty Dodge Chrysler Jeep – Huntsville, Alabama; RML Huntsville AL Automotive, LLC d/b/a Mercedes Benz of Huntsville – Huntsville, Alabama; RML Huntsville Nissan, LLC d/b/a Landers McLarty Nissan – Huntsville, Alabama; RML Huntsville, AL, LLC d/b/a Landers McLarty Subaru – Huntsville, Alabama; Landers McLarty Lee's Summit MO, LLC d/b/a Lee's Summit Chrysler Jeep Dodge – Lee's Summit, Missouri; RML Lee's Summit MO, LLC d/b/a Lee's Summit Nissan – Lee Summit, Missouri; RML Olathe II, LLC d/b/a Olathe Dodge Chrysler Jeep – Olathe, Kansas; RML Waxahachie Dodge, LLC d/b/a Waxahachie-Dodge Chrysler Jeep – Waxahachie, Texas; RML Waxahachie Ford, LLC d/b/a Waxahachie Ford Mercury – Waxahachie, Texas; RML Little Rock, Inc. d/b/a Landers Harley Davidson – Little Rock, Arkansas; RML Little Rock, Inc. d/b/a Landers Harley Davidson – Hot Springs, Arkansas; RML Little Rock, Inc. d/b/a Landers Harley Davidson – Conway, Arkansas; Landers Auto Group No. 1 d/b/a Landers Scion – Little Rock, Arkansas; Landers Auto Group No. 1 d/b/a Landers Toyota – Little Rock, Arkansas; Landers Auto Group No. 1 d/b/a The Boutique at Landers Toyota – Little Rock, Arkansas; Landers CDJ, Inc. – Little Rock, Arkansas; Landers CDJ, Inc. d/b/a Steve Landers Chrysler Dodge Jeep – Little Rock, Arkansas; Landers of Hazelwood, Inc. – Hazelwood, Missouri; A&D Wine Corp. – New York, New York; A&Z Restaurant Corp. – New York, New York; 105 Degrees, LLC – Oklahoma City, Oklahoma; The Pantry Restaurant Group, LLC – Little Rock, Arkansas; PPT Inc., d/b/a Graffiti's Restaurant – Little Rock, Arkansas; Sansole's Tanning Salon – Little Rock, Arkansas; Greenhaw's, Inc. – Little Rock, Arkansas; Roberson's Fine Jewelry, Inc. – Little Rock, Arkansas; Don's Pharmacy, Inc. – Little Rock, Arkansas; Gossett Motor Cars, Inc. – Memphis, Tennessee; Gossett Motor Cars, Inc. – Atlanta, Georgia; JB Cook, LLC. d/b/a Downtown Oil & Lube – Hope, Arkansas; Storage World Limited Partnership, LLC – Little Rock, Arkansas; Leisure Landing RV Park – Hot Springs, Arkansas; Pinnacle Valley Liquor Store, Inc. – Little Rock, Arkansas; The Tennis Shoppe, Inc. – Little Rock, Arkansas; The Grady Corporation d/b/a Whole Hog Barbeque (Northwest Arkansas) – Bentonville, Arkansas; The Grady Corporation II d/b/a Whole Hog Barbeque (Northwest Arkansas) – Fayetteville, Arkansas; Coulson Oil Company – North Little Rock, Arkansas; Diamond State Oil LLC – North Little Rock, Arkansas; Superstop Stores, LLC – North Little Rock, Arkansas; PetroPlus, LLC – North Little Rock, Arkansas; Port Cities Oil, LLC – North Little Rock, Arkansas; New Mercury, LLC – North Little Rock, Arkansas; New Vista, LLC – North Little Rock, Arkansas; New Neptune, LLC – North Little Rock, Arkansas; SVI Security Solutions – Olive Branch, Mississippi; Shepherd's Flock – Townshend, Vermont; AIMCO Equipment Company, LLC – Little Rock, Arkansas; Desert European Motorcars, Ltd. – Rancho Mirage California; Newport European Motorcars, Ltd. – Newport Beach, California; San Diego European Motorcars, Ltd. – San Diego, California; Park Hill Collections, LLC – Little Rock, Arkansas; Riverbike of Tennessee, Inc. – Nashville, Tennessee; Par's Custom Cycle, Inc. – Oklahoma City, Oklahoma; V.I.P. Motor Cars Ltd. – Palm Springs, California; RR #1 TX, LLC – Texarkana, AR | 14-119 | 1/10/2014 | Parker Waichman, LLP<br>**Jerrold S. Parker**<br>Jay L.T. Breakstone<br>6 Harbor Park Drive<br>Port Washington, NY 11050<br>(516)-723-4620<br>jerry@yourlawyer.com<br>jbreakstone@yourlawyer.com<br><br>Duncan Firm, P.A.<br>Phillip Duncan<br>Richard Quintus<br>900 S. Shackleford, Suite 725<br>Little Rock, AR 72211<br>(501) 228-7600<br>phillip@duncanfirm.com<br>richard@duncanfirm.com<br><br>Thrash Law Firm, P.A.<br>Thomas P. Thrash, ABN #80147<br>Marcus N. Bozeman, ABN #95287<br>1101 Garland Street<br>Little Rock, AR 72201<br>501-374-1058/501-374-2222<br>tomthrash@sbcglobal.net<br>bozemanmarcus@sbcglobal.net |

SECOND CIRCUIT APPELLANTS

| Appellant(s) | Appeal No(s). | NOA File Date | Counsel |
|---|---|---|---|
| Blue Cross and Blue Shield Objectors and WellPoint Objectors<br><br>The Blue Cross and Blue Shield Objectors are: Blue Cross and Blue Shield of Arizona, Inc.; Blue Cross and Blue Shield of Kansas; Louisiana Health Service & Indemnity Company, d/b/a Blue Cross and Blue Shield of Louisiana; HMO Louisiana, Inc.; Blue Cross and Blue Shield of Minnesota (BCBSM, Inc.); MII Life, Inc.; HMO Minnesota; Blue Cross and Blue Shield of Nebraska; Blue Cross and Blue Shield of North Carolina; Blue Cross and Blue Shield of South Carolina; Blue Cross and Blue Shield of Kansas City; Blue Cross Blue Shield of Michigan; Blue Care Network; California Physicians' Service, d/b/a Blue Shield of California; Blue Shield of California Life and Health Insurance Company; Capital BlueCross; Capital Advantage Insurance Company; Capital Advantage Assurance Company; Consolidated Benefits, Inc.; Keystone Health Plan Central, Inc.; Avalon Insurance Company; Geneia Holding LLC; Geneia Clinical Care Solutions LLC; Dominion Dental USA, Inc.; Dominion Dental Services, Inc.; Dominion Dental Services USA, Inc.; Dominion Dental Services of New Jersey, Inc.; Health Care Service Corporation; HealthNow New York Inc.; Highmark Inc.; Highmark d/b/a Highmark Health Services; Highmark West Virginia, Inc.; HM Health Insurance Company; Keystone Health Plan West, Inc.; HM Life Insurance Company; HM Life Insurance Company of New York; United Concordia Companies, Inc.; Horizon Healthcare Services, Inc.; Independence Blue Cross QCC Insurance Company; Keystone Health Plan East, Inc.; AmeriHealth Health Insurance Company of New Jersey; AmeriHealth HMO, Inc.; AmeriHealth Administrators, Inc.; CompServices, Inc.; AmeriHealth Casualty Insurance Company; CSI Services, Inc.; Self Funded Benefits, Inc. d/b/a Insurance Design Administrators; Inter-County Hospitalization Plan, Inc.; Inter-County Health Plan, Inc.; Keystone Family Health Plan; AmeriHealth Caritas Health Plan; AmeriHealth Caritas Louisiana, Inc.; Select Health of South Carolina, Inc.; AmeriHealth Caritas Georgia, Inc.; AmeriHealth Northeast, LLC; AmeriHealth District of Columbia, Inc.; AmeriHealth Caritas Indiana, LLC; PerformRx, LLC, Perform Rx of NY, LLC; AmeriHealth Nebraska, Inc.; Florida True Health, Inc.; AmeriHealth Michigan, Inc.; ACHP Holdings Corp.; Community Behavioral Healthcare Network of Pennsylvania, Inc.; CBHNP Services, Inc.; Premera Blue Cross; LifeWise Health Plan of Washington, Inc.; LifeWise Health Plan of Oregon, Inc.; LifeWise Assurance Company; BlueCross BlueShield of Tennessee, Inc.; BeneVive, Inc.; Golden Security Insurance Co.; Group Insurance Services, Inc.; Onlife Health, Inc.; RiverTrust Solutions, Inc.; Riverbend Government Administrative Services, Inc.; Security Care of Tennessee, Inc.; Shared Health, Inc.; Southern Diversified Business Services, Inc.; Tennessee Health Foundation, Inc.; Volunteer State Health Plan, Inc.; Blue Cross and Blue Shield of Alabama; CareFirst of Maryland, Inc.; CareFirst BlueChoice, Inc.; Group Hospitalization and Medical Services, Inc.; USAble Mutual Insurance Company, d/b/a Arkansas Blue Cross and Blue Shield; USAble Corporation; HMO Partners, Inc.; Pinnacle Business Solutions, Inc.; Blue Cross of Idaho Health Service, Inc.; Blue Cross of Idaho Care Plus, Inc.; and Peak1 Administration, LLC.<br><br>The WellPoint Objectors are: WellPoint, Inc.; 1-800-CONTACTS, Inc.; Anthem Blue Cross Life and Health Insurance Co.; Anthem Health Insurance Co. of Nevada; Anthem Health Plans, Inc.; Anthem Health Plans of Kentucky, Inc.; Anthem Health Plans of Maine, Inc.; Anthem Health Plans of New Hampshire, Inc.; Anthem Health Plans of Virginia, Inc.; Anthem Insurance Cos., Inc.; Anthem Life & Disability Insurance Co.; Anthem Life Insurance Co.; Blue Cross and Blue Shield of Georgia, Inc.; Blue Cross Blue Shield Healthcare Plan of Georgia, Inc.; Blue Cross Blue Shield of Wisconsin; Blue Cross of California; Blue Cross of California Partnership Plan, Inc.; CareMore Health Plan; CareMore Health Plan of Arizona, Inc.; CareMore Health Plan of Colorado, Inc.; CareMore Health | 14-157<br>14-567 | 1/10/2014<br>2/7/2014 | MILLER & CHEVALIER CHARTERED<br>**Anthony F. Shelley**<br>Adam P. Feinberg<br>655 15th Street, NW, Suite 900<br>Washington, DC 20005<br>202-626-5800/202-626-5801<br>ashelley@milchev.com<br>afeinberg@milchev.com<br>Attorneys for the Blue Cross and Blue Shield Objectors<br><br>VORYS, SATER, SEYMOUR AND PEASE LLP<br>**Robert N. Webner**<br>Kenneth J. Rubin<br>52 E Gay Street<br>Columbus, OH 43215<br>614-464-8243/614-719-5083<br>rnwebner@vorys.com<br>kjrubin@vorys.com<br>Attorneys for the WellPoint Objectors |
| 1001 Property Solutions LLC and Temple Eagle Partners LLC | 14-159 | 1/10/2014<br>1/31/2014 | Samuel and Stein<br>**David Stein**<br>38 West 32nd Street, Suite 1110<br>New York, NY 10001<br>(212) 563-9884/(212) 563-9870<br>dstein@samuelandstein.com (DS-2119) |

|  | A | B | C | D |
|---|---|---|---|---|
| 1 | **Appellant(s)** | **Appeal No(s).** | **NOA File Date** | **Counsel** |
| 12 | First Data Corporation, First Data Government Solutions, First Data Merchant Services Corporation, TASQ Technology, Inc., TRS Recovery Services Inc. and Telecheck Services Inc. | 14-192 | 1/10/2014 | PERKINS COIE LLP<br>**Jason A. Yurasek**<br>Four Embarcadero Center, Suite 2400<br>San Francisco, CA 94111-4131<br>415.344.7000<br>jyurasek@perkinscoie.com<br><br>Anahit Samarjian<br>asamarjian@perkinscoie.com |
| 13 | Jon M. Zimmerman | 14-197 | 1/10/2014 | JOSHUA R. FURMAN LAW CORP.<br>**Joshua R. Furman**<br>15260 Ventura Boulevard, Suite 2250<br>Sherman Oaks, CA 91403<br>(818) 646-4300<br>jrf@furmanlawyers.com |

| Appellant(s) | Appeal No(s). | NOA File Date | Counsel |
|---|---|---|---|
| The Iron Barley Restaurant, Homestead Restaurant (Historical Homestead, Inc.), The Feral Pig (KP Group LLC), Paris Beauty Salon, Rachel Mustoe (dba Tousled Hair Studio), and Kristina Newman – Hair | 14-133 14-663 | 1/10/2014 2/13/2014 | Steve A. Miller, PC<br>**Steve A. Miller** (CO Bar No. 8758)<br>1625 Larimer Street, No. 2905<br>Denver, CO 80202<br>303-892-9933/303-892-8925<br>sampc01@gmail.com<br><br>The Kress Law Firm, LLC<br>JOHN C. KRESS (53396MO)<br>4247 S. Grand Blvd<br>St. Louis, MO 63111<br>(314) 631-3883/(314) 332-1534<br><br>MAUREEN CONNORS (0074094OH)<br>6625 Pearl Road<br>Parma Heights, OH 44130<br>(216) 640-9860/(216) 504-4049<br><br>Law Office of Jonathan E. Fortman, LLC<br>JONATHAN E. FORTMAN (40319MO)<br>10 Strecker Rd., Suite 1150<br>Ellisville, MO 63011<br>(314) 522-2312/(314) 524-1519<br><br>J. SCOTT KESSINGER (9429HI)<br>3-2600 Kaumualii Highway<br>Suite 1300, #325 |

SECOND CIRCUIT APPELLANTS

| Appellant(s) | Appeal No(s). | NOA File Date | Counsel |
|---|---|---|---|
| Falls Auto Gallery d/b/a Falls Car Collection | 14-219 | 1/11/2014 1/28/2014 | Cannata Phillips LPA<br>**Sam P. Cannata** (OH#0078621)<br>30799 Pinetree Rd., #254<br>Cleveland, OH 44124<br>(216) 214-0796<br>spc@cplpa.com |
| Fiesta Restaurant Group, Inc. | 14-225 | 1/13/2014 | GREENBERG FREEMAN LLP<br>**Sanford H. Greenberg** (SG 0086)<br>110 East 59th Street<br>22nd Floor<br>New York, New York 10022<br>(212) 838-9738/(212) 838-5032<br>sgreenberg@greenbergfreeman.com<br><br>**Marc Kallish**<br>Freeborn & Peters LLP<br>311 South Wacker Drive, Suite 3000<br>Chicago, Illinois  60606<br>mkallish@freeborn.com |
| United States Public Interest Research Group ("U.S. PIRG") | 14-837 | 1/13/2014 | SCHLAM STONE & DOLAN LLP<br>**Robert L. Begleiter**<br>26 Broadway<br>New York, NY 10004<br>212-344-5400/212-344-7677<br>rbegleiter@schlamstone.com |
| Consumers Union of United States, Inc. d/b/a Consumer Reports | 14-241 | 1/13/2014 | SCHLAM STONE & DOLAN LLP<br>**Robert L. Begleiter**<br>26 Broadway<br>New York, NY 10004<br>212-344-5400/212-344-7677<br>rbegleiter@schlamstone.com |

SECOND CIRCUIT APPELLANTS

| Appellant(s) | Appeal No(s). | NOA File Date | Counsel |
|---|---|---|---|
| Optical Etc. LLC (Formerly Optical Effects, Inc.) and Chigozie Offor an individual d/b/a Top Seed Tennis & Soccer Int'l | 14-250<br>14-443 | 1/13/2014<br>1/27/2014 | N. ALBERT BACHARACH, JR., PA<br>**N. Albert Bacharach, Jr.**<br>Florida Bar Number: 209783<br>4128 NW 13th Street<br>Gainesville, FL 32609-1807<br>352-378-9859/352-338-1858<br>N.A.Bacharach@att.net |
| Vicente Consulting LLC d/b/a Vicente Sederberg | 14-266 | 1/13/2014<br>3/19/2014 | Edward F. Siegel Co. L.P.A.<br>**Edward F. Siegel, Esq.**<br>State Bar of Colorado No. 44544542<br>7911 Countryside Dr. #139<br>Denver, CO 80247<br>(216) 870-0295/(720) 204-6106<br>efsiegel@hotmail.com |
| Furniture Row BC, Inc. and Furniture Row, LLC | 14-303 | 1/13/2014 | Wheeler Trigg O'Donnell LLP<br>Michiko Brown<br>John M. Vaught<br>**Michael D. Alper**<br>370 17th Street, Suite 4500<br>Denver, CO 80202<br>303.244.1800/303.244.1879<br>brown@wtotrial.com<br>vaught@wtotrial.com<br>alper@wtotrial.com |

SECOND CIRCUIT APPELLANTS

| Appellant(s) | Appeal No(s). | NOA File Date | Counsel |
|---|---|---|---|
| Einstein Noah Restaurant Group, Inc. f/k/a New World Restaurant Group, Inc. | 14-331 | 1/13/2014 | Wheeler Trigg O'Donnell LLP<br>Michiko Brown<br>John M. Vaught<br>**Michael D. Alper**<br>370 17th Street, Suite 4500<br>Denver, CO 80202<br>303.244.1800/303.244.1879<br>brown@wtotrial.com<br>vaught@wtotrial.com<br>alper@wtotrial.com<br><br>Matthew Powers McCahill<br>Robert Kaplan<br>Kaplan Fox & Kilsheimer LLP<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>(212) 687-1980/(212) 687-7714<br>mmccahill@kaplanfox.com<br>rkaplan@kaplanfox.com |
| Unlimited Vacations and Cruises. Inc. and Jill Bishop d/b/a Hat & Gown | 14-349 | 1/27/2014 | **John J. Pentz, Esq.**<br>19 Widow Rites Lane<br>Sudbury, MA 01776<br>Ph: (978) 261-5725<br>Fax: (978) 405-5161<br>jjpentz3@gmail.com |

SECOND CIRCUIT APPELLANTS

| Appellant(s) | Appeal No(s). | NOA File Date | Counsel |
|---|---|---|---|
| Sunoco, Inc. (R&M) | 14-422 | 1/27/2014 | PEPPER HAMILTON LLP<br>**Sarah Sandok Rabinovici** (SR7101)<br>The New York Times Building<br>37th Floor<br>620 Eighth Avenue<br>New York , NY  10018-1405<br>212.808.2700/212.286.9806<br>rabinovicis@pepperlaw.com<br><br>A. Christopher Young (AYI 741)<br>3000 Two Logan Square<br>Eighteenth & Arch Streets<br>Philadelphia , PA  19103-2799<br>215.981.4000/215.981.4750<br>youngac@pepperlaw.com |
| Daviss Donuts and Deli, Top Gun Wrecker, and Orange County Building Materials | 14-404 | 1/31/2014 | **John J. Pentz, Esq.**<br>19 Widow Rites Lane<br>Sudbury, MA 01776<br>(978) 261-5715/(978) 405-5161<br>jjpentz3@gmail.com |
| National Federation of Independent Business ("NFIB") | 14-480 | 2/7/2014 | SCHLAM STONE & DOLAN LLP<br>**Robert L. Begleiter**<br>26 Broadway<br>New York, NY 10004<br>212-344-5400/212-344-7677<br>rbegleiter@schlamstone.com |

SECOND CIRCUIT APPELLANTS

|  | A | B | C | D |
|---|---|---|---|---|
| 1 | Appellant(s) | Appeal No(s). | NOA File Date | Counsel |
| 27 | Wal-Mart Stores, Inc. | 14-606 | 2/13/2014 | DOWD BENNETT LLP<br>**James F. Bennett**<br>jbennett@dowdbennett.com<br>7733 Forsyth Blvd., Suite 1900<br>St. Louis, MO 63105<br>(314) 889-7300/(212) 863-2111<br><br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>**Paul H. Schoeman**<br>pschoeman@kramerlevin.com<br>1177 Avenue of the Americas<br>New York, New York 10036<br>(212) 715-9100/(212) 715-8000 |
| 28 | Retail Industry Leaders Association (RILA) | 14-497 | 2/13/2014 | Trachtenberg Rodes & Friedberg LLP<br>**David G. Trachtenberg**<br>545 Fifth Avenue, Suite 640<br>New York, NY 10017<br>(212) 972-2929/(212) 972-7581<br>dtrachtenberg@trflaw.com |